## MASSEY *v.* GEORGIA.

No. 630, Misc.   Decided November 7, 1966.

*Floyd H. Wardlow, Jr.,* and *John R. Rogers* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## MATRANGA *v.* McDONNELL, SHERIFF.

No. 686, Misc.   Decided November 7, 1966.

*Albert Sidney Johnston* and *John M. Sekul* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.